```
              UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF GEORGIA
```

**TRUSTEE'S SUPPLEMENTAL REPORT
FOLLOWING ORDER ENTERED ON DOCKET ON OCTOBER 9, 2020**

```
CASE NO.: A18-65732-PWB        JUDGE, PAUL W. BONAPFEL

DEBTOR(S): SHELBY SYE

TRUSTEE TO REPORT BACK

     WHETHER DEBTOR'S PAYMENTS CURRENT

THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

     RECOMMENDS DISMISSAL BECAUSE DEBTORS HAVE DEFAULTED
UNDER THE TERMS OF THE ORDER OF OCTOBER 9, 2020 REQUIRING
REGULAR AND TIMELY PLAN PAYMENTS.

     PLEASE ENTER ORDER OF DISMISSAL.

                                  _____/s/_____
                                  BRANDI L. KIRKLAND, ATTORNEY
                                  STATE BAR NO. 423627
```

N. Whaley, Interim Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com

A18-65732-PWB

## **CERTIFICATE OF SERVICE**

    This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

SHELBY SYE
1898 SPRING ROAD, SE
APT. 3-F
SMYRNA, GA 30080

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SLIPAKOFF & SLOMKA, PC

This 1st day of July, 2021
             /s/
_____
BRANDI L. KIRKLAND, ATTORNEY
STATE BAR NO. 423627


N. Whaley, Interim Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com